CASE and Another *v.* THE STATE.

No information in the record, and therefore no jurisdiction appears to have existed in the Court to try the cause.

APPEAL from the *Greene* Common Pleas.

*Per Curiam.*—In this case the appellants were sent to the penitentiary on a supposed charge of burglary; but there is no information against them contained in the record, and nothing to show the jurisdiction of the Court below over the supposed offence.

The judgment below is reversed, and the cause remanded.

The Clerk will give the proper notice for the discharge of the prisoners.

*J. E. McDonald, A. L. Roache, H. S. Tousley* and *Henry C. Hill,* for the appellants.

*Henry Burns,* for the appellee.